B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>**Northern District of New York** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Smith's Housewares and Restaurant Supply Discount Outlet, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**56-2456928** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**500 Erie Boulevard East**<br>**Syracuse, NY**<br>ZIP Code **13202** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Onondaga** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** _(This page must be completed and filed in every case)_ | Name of Debtor(s): **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)  ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).  **X** _____ Signature of Attorney for Debtor(s)      (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue** (Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____ (Name of landlord that obtained judgment)

_____ (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Edward J. Fintel, Esq.** _____
Signature of Attorney for Debtor(s)

**Edward J. Fintel, Esq. 506268**
Printed Name of Attorney for Debtor(s)

**Edward J. Fintel & Associates**
Firm Name
**PO Box 6451**
**Syracuse, NY 13217-6451**

_____
Address

                       **Email: ejfintel@aol.com**
**315-424-8252  Fax: 315-424-7990**
Telephone Number

**February 25, 2015**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ M. John Kuppermann** _____
Signature of Authorized Individual

**M. John Kuppermann**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**February 25, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of New York

In re    **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.**                    Case No. _____
                                                    Debtor(s)                    Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **All Clad Metalcrafters**<br>**424 Morganza Road**<br>**Canonsburg, PA 15317** | **All Clad Metalcrafters**<br>**424 Morganza Road**<br>**Canonsburg, PA 15317** | **Trade debt** | | **11,801.43** |
| **Cambro Manufacturing**<br>**5801 Skylab Road**<br>**Huntington Beach, CA 92647** | **Cambro Manufacturing**<br>**5801 Skylab Road**<br>**Huntington Beach, CA 92647** | **Trade debt** | | **14,543.05** |
| **Dinex International**<br>**628 Hebron Ave**<br>**Building 2, Suite 106**<br>**Glastonbury, CT 06033** | **Dinex International**<br>**628 Hebron Ave**<br>**Building 2, Suite 106**<br>**Glastonbury, CT 06033** | **Trade debt** | **Disputed** | **3,947.90** |
| **Exotic Green Coffee**<br>**1 Pace Drive**<br>**Wyckoff, NJ 07481** | **Exotic Green Coffee**<br>**1 Pace Drive**<br>**Wyckoff, NJ 07481** | **Trade debt** | | **12,459.79** |
| **Forschner Swiss Army**<br>**PO Box 874**<br>**Shelton, CT 06484** | **Forschner Swiss Army**<br>**PO Box 874**<br>**Shelton, CT 06484** | **Trade debt** | | **4,471.23** |
| **Homer Laughlin China Co**<br>**6th Harrison St**<br>**Washington, DC 20050** | **Homer Laughlin China Co**<br>**6th Harrison St**<br>**Washington, DC 20050** | **Trade debt** | | **7,362.54** |
| **Huff United**<br>**10 Creek Parkway**<br>**Marcus Hook, PA 19061** | **Huff United**<br>**10 Creek Parkway**<br>**Marcus Hook, PA 19061** | **Trade debt** | | **7,928.96** |
| **M. John Kupperman**<br>**114 Stonecrest Drive**<br>**Manlius, NY 13104** | **M. John Kupperman**<br>**114 Stonecrest Drive**<br>**Manlius, NY 13104** | **Loans to business** | | **283,353.79** |
| **MVP Health Care, Inc.**<br>**GPO Box 26864**<br>**New York, NY 10087-6864** | **MVP Health Care, Inc.**<br>**GPO Box 26864**<br>**New York, NY 10087-6864** | **Trade debt** | | **3,596.38** |
| **National Grid**<br>**Attn:  Bankruptcy Unit**<br>**300 Erie Blvd. West**<br>**Syracuse, NY 13202** | **National Grid**<br>**Attn:  Bankruptcy Unit**<br>**300 Erie Blvd. West**<br>**Syracuse, NY 13202** | **Utility** | | **5,194.13** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.**

Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **NBT Bank**<br>**PO Box 351**<br>**Norwich, NY 13815** | **NBT Bank**<br>**PO Box 351**<br>**Norwich, NY 13815** | **3 Printers, 8 computers/cash registers with receipt printers, 4 desktop computers, filing cabinets, 2 televisions, 6 desks with chairs, displays & she** | | **36,252.27**<br><br>**(4,200.00 secured)** |
| **NBT Bank**<br>**PO Box 351**<br>**Norwich, NY 13815** | **NBT Bank**<br>**PO Box 351**<br>**Norwich, NY 13815** | **Accounts Receivable** | | **36,252.27**<br><br>**(9,611.00 secured)** |
| **Oneida LTD**<br>**PO Box 651332**<br>**Charlotte, NC 28265-1332** | **Oneida LTD**<br>**PO Box 651332**<br>**Charlotte, NC 28265-1332** | **Trade debt** | | **7,812.98** |
| **Rubbermaid Commercial Products, Inc.**<br>**1660 Railroad Avenue**<br>**Shelbyville, TN 37160** | **Rubbermaid Commercial Products, Inc.**<br>**1660 Railroad Avenue**<br>**Shelbyville, TN 37160** | **Trade debt - includes balance owing to Calphalon since creditor is parent company** | | **22,969.44** |
| **Texas NICUSA LLC**<br>**PO Box 843523**<br>**Dallas, TX 75284-3523** | **Texas NICUSA LLC**<br>**PO Box 843523**<br>**Dallas, TX 75284-3523** | **Fee** | | **3,745.28** |
| **United Parcel Service**<br>**PO Box 7247-0244**<br>**Philadelphia, PA 19170-0001** | **United Parcel Service**<br>**PO Box 7247-0244**<br>**Philadelphia, PA 19170-0001** | **Delivery Services- Debtor has just received notice from two suppliers that they will charge Debtor for unpaid UPS shipping charges** | **Disputed** | **5,176.61** |
| **Vollrath Company**<br>**1236 N 18th Street**<br>**Sheboygan, WI 53081** | **Vollrath Company**<br>**1236 N 18th Street**<br>**Sheboygan, WI 53081** | **Trade debt** | | **18,644.44** |
| **Watertown Savings Bank**<br>**111 Clinton Street**<br>**P.O. Box 250**<br>**Watertown, NY 13601** | **Watertown Savings Bank**<br>**111 Clinton Street**<br>**P.O. Box 250**<br>**Watertown, NY 13601** | **Business Line Of Credit** | | **90,435.99** |
| **Wusthoff Trident**<br>**333 South Highland Ave**<br>**Briarcliff Manor, NY 10510** | **Wusthoff Trident**<br>**333 South Highland Ave**<br>**Briarcliff Manor, NY 10510** | **Trade debt** | | **41,614.92** |
| **Yellow Freight Systems**<br>**P.O. Box 13573**<br>**Newark, NJ 07188** | **Yellow Freight Systems**<br>**P.O. Box 13573**<br>**Newark, NJ 07188** | **Trade debt** | | **4,722.22** |

**B4 (Official Form 4) (12/07) - Cont.**

In re    **Smith's Housewares and Restaurant Supply Discount
Outlet, Inc.**             Case No. _____
                               Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **February 25, 2015** _____        Signature    **/s/ M. John Kuppermann** _____

                                                    **M. John Kuppermann**
                                                    **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
### Northern District of New York

In re   **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.**   ,        Case No. _____

_____
Debtor

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 156,422.52 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 125,106.50 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 606,117.79 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 24 | | | |
| Total Assets | | | 156,422.52 | | |
| Total Liabilities | | | | 731,224.29 | |

B 6 Summary (Official Form 6 - Summary) (12/14)

.

# United States Bankruptcy Court
## Northern District of New York

In re    **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.**,    Case No. _____

                                    Debtor

Chapter         **11**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.** ,    Case No. _____
                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |
| | | Sub-Total > | 0.00 | (Total of this page) |
| | | Total > | 0.00 | |
| | | (Report also on Summary of Schedules) | | |

**0** continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07)

.

In re  __Smith's Housewares and Restaurant Supply Discount Outlet, Inc.__ ,      Case No. _____
                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash in registers at store** | - | 400.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Business Checking Account: M&T Bank** | - | 848.40 |
| | | **Business Savings Account: M&T Bank** | - | 124.29 |
| | | **Business Checking Account: NBT Bank** | - | 2,883.58 |
| | | **Business Checking Account: Carthage Account** | - | 849.25 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security Deposit with National Grid** | - | 1,836.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **6,941.52**
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.**                                    ,         Case No. _____
                                                                                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable** | **-** | **9,611.00** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

|   |   |
|---|---|
| Sub-Total > | **9,611.00** |
| (Total of this page) | |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.**                    Case No. _____
                                                    ,
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | **Food Operator License** | - | **0.00** |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2012 Dodge Ram 1500- Value per Kbb.com** | - | **18,170.00** |
| | | **2006 Mitshubishi Fuso FE140- Valued at $16,000 based on current sales in area** | - | **16,000.00** |
| | | **1988 Ford Pickup F25** | - | **500.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **3 Printers, 8 computers/cash registers with receipt printers, 4 desktop computers, filing cabinets, 2 televisions, 6 desks with chairs, displays & shelving units, misc. office supplies such as paper, ink, pens, etc.** | - | **4,200.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | **Inventory at two (2) retail stores consists of: Cookware, Dinnerware, Flatware, Glassware, Cutlery, Small Appliances, Coffee and Related Supplies, Cooking Utensils, Bakeware, Pizza Related Items - Market value is based on quick sale/liquidation value since Debtor has had such sales. Replacement value is approximately $200,000** | - | **101,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >          **139,870.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.**                                Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---:|
| Sub-Total > | | **0.00** |
| (Total of this page) | | |
| Total > | | **156,422.52** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.**       ,      Case No. _____

                                            Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

      State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

      List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

      If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

      If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

      Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **9000021254** <br><br> **NBT Bank** <br> **PO Box 351** <br> **Norwich, NY 13815** | X | - | 9/10/13 <br> **Security Interest-UCC** <br> **Inventory at two (2) retail stores consists of: Cookware, Dinnerware, Flatware, Glassware, Cutlery, Small Appliances, Coffee and Related Supplies, Cooking Utensils, Bakeware, Pizza Related Items - Market value is based on quick** | | | | | |
| | | | Value $     101,000.00 | | | | 36,252.27 | 0.00 |
| Account No. **9000021254** <br><br> **NBT Bank** <br> **PO Box 351** <br> **Norwich, NY 13815** | X | - | **Security Interest-UCC** <br> **3 Printers, 8 computers/cash registers with receipt printers, 4 desktop computers, filing cabinets, 2 televisions, 6 desks with chairs, displays & shelving units, misc. office supplies such as paper, ink, pens, etc.** | | | | | |
| | | | Value $     4,200.00 | | | | 36,252.27 | 32,052.27 |
| Account No. **9000021254** <br><br> **NBT Bank** <br> **PO Box 351** <br> **Norwich, NY 13815** | X | - | **Security Interest-UCC** <br><br> **Accounts Receivable** | | | | | |
| | | | Value $     9,611.00 | | | | 36,252.27 | 26,641.27 |
| Account No. **154001624** <br><br> **Watertown Savings Bank** <br> **111 Clinton Street** <br> **Watertown, NY 13601** | X | - | 8/15/12 <br><br> **Purchase Money Security** <br><br> **2012 Dodge Ram 1500- Value per Kbb.com** | | | | | |
| | | | Value $     18,170.00 | | | | 16,349.69 | 0.00 |

   **0**    continuation sheets attached

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 125,106.50 | 58,693.54 |
| Total <br> (Report on Summary of Schedules) | 125,106.50 | 58,693.54 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

.

In re    **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.**                          Case No. _____
_____,
                                                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

 

 

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

<u>   0   </u>    continuation sheets attached

B6F (Official Form 6F) (12/07)

In re __Smith's Housewares and Restaurant Supply Discount Outlet, Inc._____,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  **AHR Mechanical** **6205 East Taft Road** **Syracuse, NY 13212** | - | | **2014** **Repairs** | | | | 2,282.63 |
| Account No.  **SMIT0050**  **Alfa International** **4 Kaysal Place** **Armonk, NY 10504** | - | | **2014** **Trade debt** | | | | 329.66 |
| Account No.  **93170144**  **All Clad Metalcrafters** **424 Morganza Road** **Canonsburg, PA 15317** | - | | **Various** **Trade debt** | | | | 11,801.43 |
| Account No.  **50-091893**  **Allied Metal Spinning** **1290 Viele Ave** **Bronx, NY 10474** | - | | **2014** **Trade debt** | | | | 804.38 |

| | | |
|---|---|---|
| __14__  continuation sheets attached | Subtotal (Total of this page) | 15,218.10 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.** _____,   Case No. _____
                                             Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **052596** <br><br> **American Metalcraft** <br> **2074 George St** <br> **Melrose Park, IL 60160** | - | | Trade debt | | | | 46.00 |
| Account No. **84815** <br><br> **Arctic Air** <br> **6440 City West Parkway** <br> **Eden Prairie, MN 55344** | - | | Trade debt | | | | 1,620.00 |
| Account No. **02612** <br><br> **Best Manufaturers** <br> **6105 NE 92nd Drive** <br> **Portland, OR 97220** | - | | 2014 <br> Trade debt | | | | 386.00 |
| Account No. <br><br> **Beth Kupperman** <br> **139 Windward Drive** <br> **Palm Beach Gardens, FL 33418** | - | | Scheduled for notice purposes. Creditor is part owner of Syracuse business location. Debtor disputes any claim creditor may make | | X | X | 1.00 |
| Account No. <br><br> **Bissell** <br> **100 Armstrong Road, Suite 101** <br> **Plymouth, MA 02360** | - | | Trade debt | | | | 685.00 |

Sheet no. __1__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,738.00

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.**                          ,     Case No. _____
                                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | Trade debt | | | | |
| Cadco 145 Colebrook River Road Winsted, CT 06098 | | | | | | | | 128.50 |
| Account No. | | - | | Scheduled for notice purposes only. Claim is included in Rubbermaid claim | | | | |
| Calphalon 75 Remittance Drive, #1167 Chicago, IL 60675-1167 | | | | | | | | 0.00 |
| Account No.  068200 | | - | | Trade debt | | | | |
| Cambro Manufacturing 5801 Skylab Road Huntington Beach, CA 92647 | | | | | | | | 14,543.05 |
| Account No.  39460000 | | - | | Trade debt | | | | |
| Carlisle Food Products PO Box 53006 Oklahoma City, OK 73152 | | | | | | | | 3,356.93 |
| Account No. | | - | | Trade debt | | | | |
| CCP Industries PO Box 641250 Cincinnati, OH 45264 | | | | | | | | 245.30 |

Sheet no. __**2**__ of __**14**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,273.78

B6F (Official Form 6F) (12/07) - Cont.

In re   **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.**                              Case No. _____
                                                                    ,
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Champion**<br>**3765 Champion Blvd**<br>**Winston Salem, NC 27115** | | - | **2013**<br>**Trade debt** | | | | **1,800.00** |
| Account No.<br><br>**Chantal Cookware**<br>**5425 N Sam Houston Parkway H**<br>**Houston, TX 77086** | | - | **Trade debt** | | | | **1,322.52** |
| Account No.<br><br>**Collins Brothers**<br>**2113 Greenleaf St**<br>**Evanston, IL 60202** | | - | **2013**<br>**Trade debt** | | | | **1,300.00** |
| Account No.<br><br>**Consolidated Commercial**<br>**8130 River Drive**<br>**Morton Grove, IL 60053** | | - | **Trade debt** | | | | **781.60** |
| Account No.<br><br>**Constructive Eating**<br>**1733 Foxdale Lane**<br>**Ann Arbor, MI 48108** | | - | **Trade debt** | | | | **627.75** |

Sheet no. __3__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **5,831.87**

B6F (Official Form 6F) (12/07) - Cont.

In re     **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.**                     ,          Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Detecto**<br>**203 E Dougherty**<br>**Webb City, MO 64870** | - | | | **2013**<br>**Trade debt** | | | | 527.27 |
| Account No. **39460000**<br><br>**Dinex International**<br>**628 Hebron Ave**<br>**Building 2, Suite 106**<br>**Glastonbury, CT 06033** | - | | | **Trade debt** | | | X | 3,947.90 |
| Account No. **0500440**<br><br>**Diversified Ceramics**<br>**1501 N Gordon**<br>**Alvin, TX 77511** | - | | | **2013**<br>**Trade debt** | | | | 717.54 |
| Account No. **SMIHOUS**<br><br>**Dynamic International**<br>**1320 Route 9 #1352**<br>**Champlain, NY 12919** | - | | | **Trade debt** | | | | 252.10 |
| Account No.<br><br>**Eastern Shore Tea**<br>**9 West Aylesbury Road**<br>**Timonium, MD 21093** | - | | | **2014**<br>**Trade debt** | | | | 786.74 |

Sheet no. __4__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **6,231.55**

B6F (Official Form 6F) (12/07) - Cont.

In re **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.**                     ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **1132-0002T** <br><br> **Edell, Shapiro & Finnan** <br> **1901 Research Blvd** <br> **Rockville, MD 20850** | - | | | **2014** <br> **Legal Fees** | | | | 1,010.00 |
| Account No. **2014** <br><br> **Eurodib USA** <br> **1320 Route 9** <br> **Champlain, NY 12919** | - | | | **Trade debt** | | | | 2,454.98 |
| Account No. <br><br> **Exotic Green Coffee** <br> **1 Pace Drive** <br> **Wyckoff, NJ 07481** | - | | | **Trade debt** | | | | 12,459.79 |
| Account No. **631459** <br><br> **Food Machinery of America** <br> **1755 Maryland Ave** <br> **Niagara Falls, NY 14305** | - | | | **Trade debt** | | | | 2,667.35 |
| Account No. **1006324** <br><br> **Forschner Swiss Army** <br> **PO Box 874** <br> **Shelton, CT 06484** | - | | | **Trade debt** | | | | 4,471.23 |

Sheet no. __5__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,063.35

B6F (Official Form 6F) (12/07) - Cont.

In re **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.** ,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Fox Fur Communications** 401 W Kirkpatrick St Syracuse, NY 13204 | - | | | Advertising | | | | 900.00 |
| Account No. **Gourmet Catalog** 3141 Hood St, Suite 200 Dallas, TX 75219 | - | | | Fee | | | | 430.00 |
| Account No. 830941 **Grindmaster** PO Box 150413 Hartford, CT 06115 | - | | | Trade debt | | | | 1,340.10 |
| Account No. **Grindmaster Corporation** PO Box 35020 Louisville, KY 40232 | - | | | Trade debt | | | | 25.37 |
| Account No. C2113 **Halton** 101 Industral Drive Scottsville, KY 42164 | - | | | Trade debt | | | | 430.00 |

Sheet no. __6__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    3,125.47

B6F (Official Form 6F) (12/07) - Cont.

In re    **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.** ,    Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **8253**<br><br>**Homer Laughlin China Co**<br>**6th Harrison St**<br>**Washington, DC 20050** | - | | **Trade debt** | | | | 7,362.54 |
| Account No. **36300**<br><br>**Huff United**<br>**10 Creek Parkway**<br>**Marcus Hook, PA 19061** | - | | **Trade debt** | | | | 7,928.96 |
| Account No. **00-R81158**<br><br>**J.K. Adams**<br>**1430 Route 30**<br>**Dorset, VT 05251** | - | | **Trade debt** | | | | 173.25 |
| Account No.<br><br>**Jewish Observer**<br>**500 Clubhouse Road**<br>**Vestal, NY 13850** | - | | **Advertising** | | | | 1,000.00 |
| Account No. **0093168681**<br><br>**Krups North American**<br>**14207 Chadbourne**<br>**Houston, TX 77079** | - | | **Trade debt** | | | | 351.08 |

Sheet no. __**7**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    16,815.83

B6F (Official Form 6F) (12/07) - Cont.

In re   **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.**   ,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2004 to 2014 Loans to business | | | | |
| M. John Kupperman 114 Stonecrest Drive Manlius, NY 13104 | | - | | | | | | 283,353.79 |
| Account No. | | | | Advertising | | | | |
| Manufacturers News 1633 Central St Evanston, IL 60201-1569 | | - | | | | | | 174.00 |
| Account No. | | | | 2010 Trade debt | | | | |
| Masterbuilt 450 Brown Ave. Columbus, GA 31906 | | - | | | | | | 1,318.64 |
| Account No. | | | | 2013 Trade debt | | | | |
| ME Heuck Co. PO Box 824883 Philadelphia, PA 19182 | | - | | | | | | 528.80 |
| Account No. | | | | Advertising | | | | |
| Multimedia Sales & Market PO Box 5065 Buffalo Grove, IL 60089 | | - | | | | | | 219.00 |

| | | |
|---|---|---|
| Sheet no. __8__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 285,594.23 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.**                    , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5109** <br><br> **MVP Health Care, Inc.** <br> **GPO Box 26864** <br> **New York, NY 10087-6864** | - | | | | **2014** <br> **Trade debt** | | | | 3,596.38 |
| Account No. <br><br> **National Grid** <br> **Attn:  Bankruptcy Unit** <br> **300 Erie Blvd. West** <br> **Syracuse, NY 13202** | - | | | | **Utility** | | | | 5,194.13 |
| Account No. <br><br> **Now Designs** <br> **2150 Peace Portal Way** <br> **Blaine, WA 98230** | - | | | | **Trade debt** | | | | 599.85 |
| Account No. **SMI550** <br><br> **Olde Thompson** <br> **3250 Camino Del Sol** <br> **Oxnard, CA 93030** | - | | | | **Trade debt** | | | | 1,396.90 |
| Account No. **101266** <br><br> **Oneida LTD** <br> **PO Box 651332** <br> **Charlotte, NC 28265-1332** | - | | | | **Trade debt** | | | | 7,812.98 |

Sheet no. __9___ of __14__ sheets attached to Schedule of                                         Subtotal
Creditors Holding Unsecured Nonpriority Claims                                            (Total of this page)          18,600.24

B6F (Official Form 6F) (12/07) - Cont.

In re **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.** ,          Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Peter Divivi Productions**<br>**2494 Kingdom Road**<br>**Waterloo, NY 13165** | - | | | **Business Debt** | | | | 370.00 |
| Account No.<br><br>**Read Products Inc**<br>**3615 15th Avenue W**<br>**Seattle, WA 98119-1392** | - | | | **Trade debt** | | | | 519.65 |
| Account No. **Index No. 2014EF443**<br><br>**Rubbermaid Commercial Products, Inc.**<br>**1660 Railroad Avenue**<br>**Shelbyville, TN 37160** | - | | | **2013**<br>**Trade debt - includes balance owing to Calphalon since creditor is parent company** | | | | 22,969.44 |
| Account No.<br><br>**Scotsman Press**<br>**PO Box 4970**<br>**Syracuse, NY 13221** | - | | | **2014**<br>**Advertising** | | | | 3,559.93 |
| Account No.<br><br>**SerVaas Laboratories**<br>**5240 Walt Place**<br>**Indianapolis, IN 46254** | - | | | **Trade debt** | | | | 87.76 |

Sheet no. __**10**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

27,506.78

B6F (Official Form 6F) (12/07) - Cont.

In re __Smith's Housewares and Restaurant Supply Discount Outlet, Inc.__ ,                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Soda Stream** <br> **One Mall Drive** <br> **Cherry Hill, NJ 08002** | | - | | **2013** <br> **Trade debt** | | | | 998.83 |
| Account No. **10006705** <br><br> **Staples Advantage** <br> **PO Box 415256** <br> **Boston, MA 02241** | | - | | **Office Expenses** | | | | 265.29 |
| Account No. <br><br> **Sterno Candle Lamp** <br> **1880 Compton Ave, Suite 101** <br> **Corona, CA 92881** | | - | | **Trade debt** | | | | 605.75 |
| Account No. <br><br> **Summit Appliance** <br> **770 Garrison Drive** <br> **Bronx, NY 10474** | | - | | **Trade debt** | | | | 1,392.00 |
| Account No. **12644** <br><br> **Sunkist** <br> **10509 Business Drive** <br> **Unit B** <br> **Fontana, CA 92337** | | - | | **Trade debt** | | | | 300.00 |

| | | |
|---|---|---|
| Sheet no. __11__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 3,561.87 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.**                    Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **75001076290**<br><br>**Sunoco**<br>**PO Box 689156**<br>**Des Moines, IA 50368-9156** | - | | **Credit card purchases** | | | | 2,154.02 |
| Account No.<br><br>**Syracuse Haulers**<br>**6223 Thompson Road**<br>**Suite 1000**<br>**Syracuse, NY 13206** | - | | **Trash Removal** | | | | 2,507.31 |
| Account No.<br><br>**T-Fal/Wearever**<br>**1 Boland Drive**<br>**Suite 101**<br>**West Orange, NJ 07052** | - | | **Trade debt** | | | | 2,149.88 |
| Account No.<br><br>**Texas NICUSA LLC**<br>**PO Box 843523**<br>**Dallas, TX 75284-3523** | - | | **2013**<br>**Fee** | | | | 3,745.28 |
| Account No.<br><br>**Time Warner Media Sales**<br>**15746 Collections Drive**<br>**Chicago, IL 60693** | - | | **Advertising** | | | | 1,586.10 |

Sheet no. __12__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    12,142.59

B6F (Official Form 6F) (12/07) - Cont.

In re    **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.**                     Case No. _____
_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **United Parcel Service** <br> **PO Box 7247-0244** <br> **Philadelphia, PA 19170-0001** | | - | | **Delivery Services- Debtor has just received notice from two suppliers that they will charge Debtor for unpaid UPS shipping charges** | | | X | <br><br><br> 5,176.61 |
| Account No. <br><br> **University Tablecloth** <br> **PO Box 82** <br> **Nanuet, NY 10954** | | - | | **Trade debt** | | | | <br><br><br> 45.36 |
| Account No.  **56836** <br><br> **Vollrath Company** <br> **1236 N 18th Street** <br> **Sheboygan, WI 53081** | | - | | **2014** <br> **Trade debt** | | | | <br><br><br> 18,644.44 |
| Account No.  **068244** <br><br> **Walco Stainless** <br> **820 Noyes St** <br> **PO Box 10527** <br> **Utica, NY 13503-1527** | | - | | **2014** <br> **Trade debt** | | | | <br><br><br> 1,188.24 |
| Account No. <br><br> **Watertown Daily Times** <br> **260 Washington Street** <br> **Watertown, NY 13601** | | - | | **Advertising** | | | | <br><br><br> 2,986.35 |

Sheet no. __**13**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,041.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Smith's Housewares and Restaurant Supply Discount Outlet, Inc.__ ,        Case No. _____
                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **155000472** | | | | **3/30/11** **Business Line Of Credit** | | | | |
| **Watertown Savings Bank** **111 Clinton Street** **P.O. Box 250** **Watertown, NY 13601** | X | - | | | | | | |
| | | | | | | | | 90,435.99 |
| Account No. | | | | **2013** **Advertising** | | | | |
| **WTVH-5** **1030 James Street** **Syracuse, NY 13203** | | - | | | | | | |
| | | | | | | | | 1,400.00 |
| Account No. **400260** | | | | **2013-2015** **Trade debt** | | | | |
| **Wusthoff Trident** **333 South Highland Ave** **Briarcliff Manor, NY 10510** | | - | | | | | | |
| | | | | | | | | 41,614.92 |
| Account No. | | | | **2013** **Advertising** | | | | |
| **WWNY** **120 Arcade St** **Watertown, NY 13601** | | - | | | | | | |
| | | | | | | | | 1,200.00 |
| Account No. | | | | **2014** **Trade debt** | | | | |
| **Yellow Freight Systems** **P.O. Box 13573** **Newark, NJ 07188** | | - | | | | | | |
| | | | | | | | | 4,722.22 |

Sheet no. __14__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 139,373.13 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 606,117.79 |

B6G (Official Form 6G) (12/07)

.

In re    **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.**                                    Case No. _____
                                                                                          ,
                                                  Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re    **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.**   ,   Case No. _____
                                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **M. John Kupperman**<br>**114 Stonecrest Drive**<br>**Manlius, NY 13104** | **Watertown Savings Bank**<br>**111 Clinton Street**<br>**Watertown, NY 13601** |
| **M. John Kupperman**<br>**114 Stonecrest Drive**<br>**Manlius, NY 13104** | **Watertown Savings Bank**<br>**111 Clinton Street**<br>**P.O. Box 250**<br>**Watertown, NY 13601** |
| **M. John Kupperman**<br>**114 Stonecrest Drive**<br>**Manlius, NY 13104** | **NBT Bank**<br>**PO Box 351**<br>**Norwich, NY 13815** |
| **M. John Kupperman**<br>**114 Stonecrest Drive**<br>**Manlius, NY 13104** | **NBT Bank**<br>**PO Box 351**<br>**Norwich, NY 13815** |
| **M. John Kupperman**<br>**114 Stonecrest Drive**<br>**Manlius, NY 13104** | **NBT Bank**<br>**PO Box 351**<br>**Norwich, NY 13815** |
| **MJK Holdings, LLC**<br>**114 Stonecrest Drive**<br>**Manlius, NY 13104** | **Watertown Savings Bank**<br>**111 Clinton Street**<br>**Watertown, NY 13601** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of New York

In re    __Smith's Housewares and Restaurant Supply Discount Outlet, Inc.__     Case No. _____

                                             Debtor(s)         Chapter    __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __26__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   __February 25, 2015__            Signature    __/s/ M. John Kuppermann__

                                                                **M. John Kuppermann**
                                                                **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of New York

In re   __Smith's Housewares and Restaurant Supply Discount Outlet, Inc.__                     Case No. _____
Debtor(s)                                              Chapter      __11__

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None

☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $283,669.00 | **May 1, 2014- Feb 2015- Gross Profit** |
| $453,010.00 | **Debtor's Gross Profit - Tax Year May 1, 2013- April 30, 2014 (Debtor's Taxable Income - (70,885))** |
| $343,489.00 | **Debtor's Gross Profit Tax Year - May 1, 2012- April 30, 2013 (Debtor's Taxable Income - (289,381))** |

B7 (Official Form 7) (04/13)
2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  | AMOUNT | SOURCE |
|---|---|---|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Exotic Green Coffee**<br>**1 Pace Drive**<br>**Wyckoff, NJ 07481** | **1/5/15** | **$11,234.67** | **$12,459.79** |
| **Harold Import Company** | **2/18/15** | **$18,146.39** | **$0.00** |
| **Huff United** | **12/30/14** | **$7,557.33** | **$7,928.96** |
| **M & T Bank** | **12/30/14** | **$8,158.61** | **$0.00** |
| **National Grid**<br>**Attn:  Bankruptcy Unit**<br>**300 Erie Blvd. West**<br>**Syracuse, NY 13202** | **2/17/15** | **$10,276.39** | **$5,194.13** |
| **Commissioner of Finance**<br>**Room 122 City Hall**<br>**233 East Washington St**<br>**Syracuse, NY 13202** | **12/31/2014** | **$8,158.61** | **$0.00** |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B7 (Official Form 7) (04/13)
3

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **M. John Kupperman**<br>**114 Stonecrest Drive**<br>**Manlius, NY 13104**<br>    **President** | **Debtor has made insurance payments and credit card payments on behalf of M. John Kupperman. Said amounts have been deducted from claim balance. Information to be provided upon request.** | **$0.00** | **$283,353.79** |

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None ☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Index# 2014EF443**<br>**Rubbermaid Commercial Products Inc.**<br>**v**<br>**Smith Restaurant Supply Co Inc. and Smith Housewares & Restaurant Supply Discount Outlet, Inc.** | **Collection Lawsuit** | **Supreme Court, State of New York, County of Onondaga** | **Pending** |
| **Index#2011-6659**<br>**Arnold J Hodes & Co, PLLC**<br>**v**<br>**Smith's Housewares & Restaurant Supply** | **Lawsuit** | **Supreme Court, State of New York, County of Onondaga** | **Stipulation of Discontinuance to be filed** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5.  Repossessions, foreclosures and returns**

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6.  Assignments and receiverships**

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

B7 (Official Form 7) (04/13)
4

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Edward Fintel & Associates**<br>**120 Walton  Street**<br>**Suite 203**<br>**Syracuse, NY 13202** | **April 11, 2014 through February 24, 2015** | **$10,000 attorney fees and $1,717 court filing fee** |

**10. Other transfers**

None
■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

B7 (Official Form 7) (04/13)
5

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

B7 (Official Form 7) (04/13)

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Smith's Housewares and Restaurant Supply** | **56-2456928** | **500 Erie Blvd East Syracuse, NY 13202** | **Commercial & Retail Resale of Kitchen equipment & supplies** | **May 2004- Current** |

B7 (Official Form 7) (04/13)
7

None ■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None □    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **M. John Kupperman**<br>**114 Stonecrest Drive**<br>**Manlius, NY 13104** | |
| **Taylor Sass**<br>**7485 Coward Road**<br>**Byron, NY 14422** | **October 14, 2013- December 6, 2014** |
| **Jennifer Richardson**<br>**3 Nower Court**<br>**Altamont, NY 12009** | **Sept. 12, 2009- October 2013** |
| **Testone, Marshall & Discenza LLP n/k/a**<br>**The Bonadio Group**<br>**432 North Franklin St.**<br>**Syracuse, NY 13204** | **Annual Corporate Tax Returns** |

None ■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

None □    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **M. John Kupperman** | **114 Stonecrest Drive**<br>**Manlius, NY 13104** |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

---

### 20. Inventories

None ■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

B7 (Official Form 7) (04/13)

8

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
| --- | --- |

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
| --- | --- | --- |

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
| --- | --- | --- |
| **M. John Kupperman**<br>**114 Stonecrest Drive**<br>**Manlius, NY 13104** | **President** | **100% owned- non par- 200 shares** |

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
| --- | --- | --- |

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
| --- | --- | --- |

### 23 . Withdrawals from a partnership or distributions by a corporation

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 24. Tax Consolidation Group.

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

### 25. Pension Funds.

None
■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

B7 (Official Form 7) (04/13)
9


I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.


Date   **February 25, 2015**                Signature   **/s/ M. John Kuppermann**
                                                         **M. John Kuppermann**
                                                         **President**


[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of New York

In re   **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.**    Case No. _____

Debtor(s)    Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **0.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **0.00** |

2.   $ **0.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.   [Other provisions as needed]
       **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
       **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **February 25, 2015**        **/s/ Edward J. Fintel, Esq.**
       **Edward J. Fintel, Esq. 506268**
       **Edward J. Fintel & Associates**
       **PO Box 6451**
       **Syracuse, NY 13217-6451**
       **315-424-8252  Fax: 315-424-7990**
       **ejfintel@aol.com**

# United States Bankruptcy Court

## Northern District of New York

In re    __Smith's Housewares and Restaurant Supply Discount Outlet, Inc.__,

Debtor

Case No. _____

Chapter_____ **11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **M. John Kuppermann 114 Stonecrest Drive Manlius, NY 13104** | **General** | **200** | **No par value** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**February 25, 2015**_____          Signature__**/s/ M. John Kuppermann**_____

**M. John Kuppermann**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

**0**___ continuation sheets attached to List of Equity Security Holders

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

In re    **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.**    ,

                            Debtor                    Case No.

                                                Chapter    **11**

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
**56-2456928**

## CERTIFICATION OF MAILING MATRIX

I,(we),   **Edward J. Fintel, Esq. 506268**   , the attorney for the debtor/petitioner (or, if appropriate, the

debtor(s) or petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix

has been compared to and contains the names, addresses and zip codes of all persons and entities, as they appear

on the schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed

herewith.

Dated:   **February 25, 2015**

                                        **/s/ Edward J. Fintel, Esq.**
                                        **Edward J. Fintel, Esq. 506268**
                                        Attorney for Debtor/Petitioner
                                        (Debtor(s)/Petitioner(s))

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

AHR Mechanical
6205 East Taft Road
Syracuse, NY 13212


Alfa International
Acct No SMIT0050
4 Kaysal Place
Armonk, NY 10504


All Clad Metalcrafters
Acct No 93170144
424 Morganza Road
Canonsburg, PA 15317


Allied Metal Spinning
Acct No 50-091893
1290 Viele Ave
Bronx, NY 10474


American Metalcraft
Acct No 052596
2074 George St
Melrose Park, IL 60160


Arctic Air
Acct No 84815
6440 City West Parkway
Eden Prairie, MN 55344


Best Manufaturers
Acct No 02612
6105 NE 92nd Drive
Portland, OR 97220


Beth Kupperman
139 Windward Drive
Palm Beach Gardens, FL 33418


Bissell
100 Armstrong Road, Suite 101
Plymouth, MA 02360


Cadco
145 Colebrook River Road
Winsted, CT 06098

Calphalon
75 Remittance Drive, #1167
Chicago, IL 60675-1167


Cambro Manufacturing
Acct No 068200
5801 Skylab Road
Huntington Beach, CA 92647


Carlisle Food Products
Acct No 39460000
PO Box 53006
Oklahoma City, OK 73152


CCP Industries
PO Box 641250
Cincinnati, OH 45264


Champion
3765 Champion Blvd
Winston Salem, NC 27115


Chantal Cookware
5425 N Sam Houston Parkway H
Houston, TX 77086


Collins Brothers
2113 Greenleaf St
Evanston, IL 60202


Consolidated Commercial
8130 River Drive
Morton Grove, IL 60053


Constructive Eating
1733 Foxdale Lane
Ann Arbor, MI 48108


Detecto
203 E Dougherty
Webb City, MO 64870

Dinex International
Acct No 39460000
628 Hebron Ave
Building 2, Suite 106
Glastonbury, CT 06033


Diversified Ceramics
Acct No 0500440
1501 N Gordon
Alvin, TX 77511


Dynamic International
Acct No SMIHOUS
1320 Route 9 #1352
Champlain, NY 12919


Eastern Shore Tea
9 West Aylesbury Road
Timonium, MD 21093


Edell, Shapiro & Finnan
Acct No 1132-0002T
1901 Research Blvd
Rockville, MD 20850


Eurodib USA
Acct No 2014
1320 Route 9
Champlain, NY 12919


Exotic Green Coffee
1 Pace Drive
Wyckoff, NJ 07481


Food Machinery of America
Acct No 631459
1755 Maryland Ave
Niagara Falls, NY 14305


Forschner Swiss Army
Acct No 1006324
PO Box 874
Shelton, CT 06484

Fox Fur Communications
401 W Kirkpatrick St
Syracuse, NY 13204


Gourmet Catalog
3141 Hood St, Suite 200
Dallas, TX 75219


Grindmaster
Acct No 830941
PO Box 150413
Hartford, CT 06115


Grindmaster Corporation
PO Box 35020
Louisville, KY 40232


Halton
Acct No C2113
101 Industral Drive
Scottsville, KY 42164


Homer Laughlin China Co
Acct No 8253
6th Harrison St
Washington, DC 20050


Huff United
Acct No 36300
10 Creek Parkway
Marcus Hook, PA 19061


J.K. Adams
Acct No 00-R81158
1430 Route 30
Dorset, VT 05251


Jewish Observer
500 Clubhouse Road
Vestal, NY 13850


Kenneth D, Whitelaw, Esq.
Acct No Index No. 2014EF443
Whitelaw & Fangio
247 W. Fayette Street
Syracuse, NY 13202

Krups North American
Acct No 0093168681
14207 Chadbourne
Houston, TX 77079


M. John Kupperman
114 Stonecrest Drive
Manlius, NY 13104


Manufacturers News
1633 Central St
Evanston, IL 60201-1569


Masterbuilt
450 Brown Ave.
Columbus, GA 31906


ME Heuck Co.
PO Box 824883
Philadelphia, PA 19182


MJK Holdings, LLC
114 Stonecrest Drive
Manlius, NY 13104


Multimedia Sales & Market
PO Box 5065
Buffalo Grove, IL 60089


MVP Health Care, Inc.
Acct No 5109
GPO Box 26864
New York, NY 10087-6864


National Grid
Attn: Bankruptcy Unit
300 Erie Blvd. West
Syracuse, NY 13202


NBT Bank
Acct No 9000021254
PO Box 351
Norwich, NY 13815

Now Designs
2150 Peace Portal Way
Blaine, WA 98230


Olde Thompson
Acct No SMI550
3250 Camino Del Sol
Oxnard, CA 93030


Oneida LTD
Acct No 101266
PO Box 651332
Charlotte, NC 28265-1332


Patrick G. Radel, Esq
Acct No 9000021254
Getnick, Livingston, Atkinson & Priore
258 Genesee Street, Suitge 401
Utica, NY 13502


Peter Divivi Productions
2494 Kingdom Road
Waterloo, NY 13165


Read Products Inc
3615 15th Avenue W
Seattle, WA 98119-1392


Rubbermaid Commercial Products, Inc.
Acct No Index No. 2014EF443
1660 Railroad Avenue
Shelbyville, TN 37160


Scotsman Press
PO Box 4970
Syracuse, NY 13221


SerVaas Laboratories
5240 Walt Place
Indianapolis, IN 46254


Soda Stream
One Mall Drive
Cherry Hill, NJ 08002

Staples Advantage
Acct No 10006705
PO Box 415256
Boston, MA 02241


Sterno Candle Lamp
1880 Compton Ave, Suite 101
Corona, CA 92881


Summit Appliance
770 Garrison Drive
Bronx, NY 10474


Sunkist
Acct No 12644
10509 Business Drive
Unit B
Fontana, CA 92337


Sunoco
Acct No 75001076290
PO Box 689156
Des Moines, IA 50368-9156


Syracuse Haulers
6223 Thompson Road
Suite 1000
Syracuse, NY 13206


T-Fal/Wearever
1 Boland Drive
Suite 101
West Orange, NJ 07052


Texas NICUSA LLC
PO Box 843523
Dallas, TX 75284-3523


Time Warner Media Sales
15746 Collections Drive
Chicago, IL 60693


United Parcel Service
PO Box 7247-0244
Philadelphia, PA 19170-0001

University Tablecloth
PO Box 82
Nanuet, NY 10954


Vollrath Company
Acct No 56836
1236 N 18th Street
Sheboygan, WI 53081


Walco Stainless
Acct No 068244
820 Noyes St
PO Box 10527
Utica, NY 13503-1527


Watertown Daily Times
260 Washington Street
Watertown, NY 13601


Watertown Savings Bank
Acct No 154001624
111 Clinton Street
Watertown, NY 13601


Watertown Savings Bank
Acct No 155000472
111 Clinton Street
P.O. Box 250
Watertown, NY 13601


WTVH-5
1030 James Street
Syracuse, NY 13203


Wusthoff Trident
Acct No 400260
333 South Highland Ave
Briarcliff Manor, NY 10510


WWNY
120 Arcade St
Watertown, NY 13601


Yellow Freight Systems
P.O. Box 13573
Newark, NJ 07188

# United States Bankruptcy Court

## Northern District of New York

In re    **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.**                    Case No.

                                        Debtor(s)        Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 25, 2015**                    **/s/ Edward J. Fintel, Esq.**

Date                                **Edward J. Fintel, Esq. 506268**

                                Signature of Attorney or Litigant

                                Counsel for   **Smith's Housewares and Restaurant Supply Discount Outlet, Inc.**

                                **Edward J. Fintel & Associates**
                                **PO Box 6451**
                                **Syracuse, NY 13217-6451**
                                **315-424-8252 Fax:315-424-7990**
                                **ejfintel@aol.com**